```
 1  DINA L. SANTOS, Bar #204200
    A Professional Law Corporation
 2  428 J Street, 3rd Floor
    Sacramento, California 95814
 3  Telephone: (916) 447-0160

 4

 5  Attorney for Defendant
    FRANCISCO ARELLANO-RODRIGUEZ
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,    ) No. CRS 10-0390 EJG
                                 )
13            Plaintiff,         )
                                 ) STIPULATION AND ORDER VACATING
14     v.                        ) DATE, CONTINUING CASE, AND
                                 ) EXCLUDING TIME
15  FRANCISCO ARELLANO-RODRIGUEZ )
              Defendants.        )
16  _____  ) Date:  March 9, 2012
                                 ) Time:  10:00 a.m.
17                               ) Judge: Hon. Garcia

18
```

19 **IT IS HEREBY STIPULATED** by and between Assistant United States 20 Attorney HEIKO COPPOLA, Counsel for Plaintiff, and Attorney Dina L. 21 Santos, Counsel for Defendant FRANCISCO ARELLANO-RODRIGUEZ, that the 22 status conference scheduled for January 27, 2012, be vacated and the 23 matter be continued to this Court's criminal calendar on March 9, 2012, 24 at 10:00 a.m., for further status and possible change of plea.

25 This continuance is requested by the defense in order to permit 26 further diligent examination of possible defenses, continue in 27 negotiations with the government, and continue the investigation 28 necessary to prepare Mr. Arrelllano-Rodriguez's defense. The

Prosecution has provided the Defense with a proposed plea agreement. Defense Counsel needs time to discuss the possible consequences of accepting the proposed offer.  It should also be noted that the Defendant is housed in Butte County which makes it substantially more difficult to meet with the Defendant.  Additionally, a certified Spanish interpreter must translate the proposed plea agreement to the Defendant.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the March 9, 2012 date, and that Mr. Coppola has authorized Ms. Santos to sign this stipulation on his behalf.

**IT IS SO STIPULATED.**

Dated: January 24, 2012 /s/ Dina L. Santos
DINA L. SANTOS
Attorney for Defendant
FRANCISCO ARRELLANO-RODRIGUEZ

Dated: January 24, 2012 /s/ Heiko Coppola
HEIKO COPPOLA
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

```
1                   By the Court,
2
3  Dated: January 25, 2012          /s/ Edward J. Garcia
                                    Hon. Edward J. Garcia
4                                   United States District Judge
```