BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:10-CR-00390-WBS |
| | ) |
| Plaintiff, | ) STIPULATION, JOINT REQUEST TO |
| | ) REORDER COMMITMENT FOR |
| v. | ) COMPETENCY EVALUATION, and |
| | ) PROPOSED ORDER |
| FRANCISCO ARELLANO-RODRIGUEZ, | ) |
| | ) |
| Defendant. | ) Judge: Hon. William B. Shubb |
| | ) |
| | ) |
| | ) |

**STIPULATION**

The United States, by and through its undersigned counsel, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. On October 31, 2012, the Honorable Edward J. Garcia ordered that the defendant be committed to the care of the Attorney General to a suitable facility so that a competency evaluation could be performed. (Doc. 42.) The Order set out that a competency report would be submitted to the parties by January 31, 2013, and that matter was set for hearing on February 15, 2013.

2. On November 30, 3012, following Judge Garcia's retirement, this matter was reassigned to the Honorable William B. Shubb. (Doc. 43.)
3. The United States Marshal Service did not receive a copy of Judge Garcia's October 31, 2012 Order. Therefore, the defendant was never transferred to an appropriate facility for preparation of a competency evaluation and no competency report was prepared.
4. The factual basis and need for a competency evaluation that supported Judge Garcia's October 31, 2012 Order remains true today. Accordingly, the parties request that the Court reinstitute Judge Garcia's October 31, 2012 Order.
5. The parties agree and stipulate, and request that the Court order the following:
   a. the defendant be committed to the custody of the Attorney General for treatment in a suitable facility for such a reasonable time, not to exceed four months, as is necessary to determine whether there is a substantial probability that the defendant will attain capacity to permit the proceedings to go forward;
   b. the director of such facility shall submit a report regarding the defendant's competency to counsel and the Court by May 24, 2013;
   c. time is excluded from February 15, 2013, through June 10, 2013, pursuant 18 U.S.C. § 3161(h)(1)(A) (Local Code A) and 18 U.S.C. § 3161(h)(4) (Local Code N); and

///
///

d.   this matter is set for a status conference on June 10,
                2013, at 9:30 a.m.

**IT IS SO STIPULATED**.


DATED: February 14, 2013        /s/ Justin L. Lee
                                JUSTIN L. LEE
                                Assistant U.S. Attorney

DATED: February 14, 2013        /s/ DINA SANTOS
                                DINA SANTOS
                                Attorney for Defendant
                                (as authorized on Feb. 14, 2013)




                                **ORDER**

   Upon consideration of the above stipulation and request, the
Court hereby ORDERS that:
           a.   the defendant be committed to the custody of the
                Attorney General for treatment in a suitable facility
                for such a reasonable time, not to exceed four months,
                as is necessary to determine whether there is a
                substantial probability that the defendant will attain
                capacity to permit the proceedings to go forward;
           b.   the director of such facility shall submit a report
                regarding the defendant's competency to counsel and
                the Court by May 24, 2013;
           c.   time is excluded from February 15, 2013, through June
                10, 2013, pursuant 18 U.S.C. § 3161(h)(1)(A) (Local
                Code A) and 18 U.S.C. § 3161(h)(4) (Local Code N); and

d.  this matter is set for a status conference on June 10, 2013, at 9:30 a.m.

IT IS SO FOUND AND ORDERED, this 15th day of February, 2013.

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE