1 BENJAMIN B. WAGNER
United States Attorney
2 JUSTIN L. LEE
Assistant U.S. Attorney
3 501 I Street, Suite 10-100
Sacramento, CA  95814
4 (916) 554-2700

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          ) 2:10-CR-00390-WBS
                                     )
12          Plaintiff,               ) STIPULATION AND ORDER VACATING
                                     ) DATE, CONTINUING CASE, AND
13     v.                            ) EXCLUDING TIME
                                     )
14 FRANCISCO ARELLANO-RODRIGUEZ,     )
                                     ) Judge: Hon. William B. Shubb
15          Defendant.               )
                                     )
16                                   )
                                     )
17

18                        **STIPULATION**

19      The United States, by and through its undersigned counsel, and

20 defendant, by and through his counsel of record, hereby stipulate as

21 follows:

22    1. By previous order, this matter was set for a Status Hearing on

23       July 15, 2013.

24    2. By this Stipulation, the parties now move to continue the status

25       conference until August 19, 2013, at 9:30 a.m. and to exclude

26       time between July 15, 2013, and August 19, 2013, under Local

27       Codes A, N, and T4.

28

1  3. The parties and agree and stipulate, and request that the Court

2     find the following:

3        a. On February 22, 2013, the Court ordered that the defendant

4           be committed to the custody of the Attorney General for

5           treatment and competency evaluation.  On this date, the

6           Court set this matter for a Status Conference on July 15,

7           2013.

8        b. On April 1, 2013, the Court was informed by FCC Butner

9           Complex Warden Craig Apker that the Bureau of Prisons would

10          not be able to complete treatment and evaluation of the

11          defendant until July 23, 2013.  Warden Apker anticipated

12          providing a competency report to the parties and the Court

13          within 14 days of the end of the treatment period.

14       c. The parties request that the Court continue the Status

15          Conference until August 19, 2013, to allow the Bureau of

16          Prisons sufficient time to complete the competency

17          evaluation of the defendant and allow the parties

18          sufficient time to review the competency report before the

19          next appearance.

20       d. Based on the above-stated findings, the ends of justice

21          served by continuing the case as requested outweigh the

22          interest of the public and the defendant in a trial within

23          the original date prescribed by the Speedy Trial Act.

24       e. For the purpose of computing time under the Speedy Trial

25          Act, 18 U.S.C. § 3161, within which trial must commence,

26          the time period of July 15, 2013, to August 19, 2013,

27          inclusive, is deemed excludable pursuant to 18 U.S.C. §

28          3161(h)(7)(A), (B)(iv) [Local Code T4] because it results

1        from a continuance granted by the Court at the defendant's

2        request on the basis of the Court's finding that the ends

3        of justice served by taking such action outweigh the best

4        interest of the public and the defendant in a speedy trial.

5        Further, this time period is also excludable pursuant to 18

6        U.S.C. § 3161(h)(1)(A) [Local Code A] and 18 U.S.C. §

7        3161(h)(4) [Local Code N].

8   4. Nothing in this stipulation and order shall preclude a finding

9      that other provisions of the Speedy Trial Act dictate that

10     additional time periods are excludable from the period within

11     which a trial must commence.

12 **IT IS SO STIPULATED.**

13

14 DATED: July 12, 2013        /s/ Justin L. Lee
JUSTIN L. LEE
15                        Assistant U.S. Attorney

16 Dated: July 12, 2013        /s/ Dina L. Santos
DINA L. SANTOS
17                        Attorney for Defendant

18

19                        **ORDER**

20     IT IS SO FOUND AND ORDERED.

21 Dated: July 12, 2013

22                        WILLIAM B. SHUBB
23                        UNITED STATES DISTRICT JUDGE

24

25

26

27

28