1  BENJAMIN B. WAGNER
   United States Attorney
2  JUSTIN L. LEE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  (916) 554-2700

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          ) 2:10-CR-00390-WBS
                                      )
12          Plaintiff,                ) STIPULATION AND ORDER VACATING
                                      ) DATE, CONTINUING CASE, AND
13     v.                             ) EXCLUDING TIME
                                      )
14 FRANCISCO ARELLANO-RODRIGUEZ,      )
                                      ) Judge: Hon. William B. Shubb
15          Defendant.                ) Date:  August 19, 2013
                                      ) Time:  9:30 a.m.
16                                    )
                                      )
17

18                       **STIPULATION**

19     The United States, by and through its undersigned counsel, and

20 defendant, by and through his counsel of record, hereby stipulate as

21 follows:

22   1. By previous order, this matter was set for a Status Hearing on

23      August 19, 2013.

24   2. By this Stipulation, the parties now move to continue the status

25      conference until September 16, 2013, at 9:30 a.m. and to exclude

26      time between August 19, 2013, and September 16, 2013, under

27      Local Codes A, N, and T4.

28 ///

Stipulation to Continue              1     United States v. Arellano-Rodriguez

1    3. The parties and agree and stipulate, and request that the Court

2       find the following:

3          a. On February 22, 2013, the Court ordered that the defendant

4             be committed to the custody of the Attorney General for

5             treatment and competency evaluation.  On this date, the

6             Court set this matter for a Status Conference on July 15,

7             2013.

8          b. On April 1, 2013, the Court was informed by FCC Butner

9             Complex Warden Craig Apker that the Bureau of Prisons would

10            not be able to complete treatment and evaluation of the

11            defendant until July 23, 2013.  Warden Apker anticipated

12            providing a competency report to the parties and the Court

13            within 14 working days of the end of the treatment period.

14         c. As of August 16, 2013, the parties have not received a copy

15            of the report.  The parties have not been able to ascertain

16            a date certain for the preparation of the report, however,

17            it is anticipated that the report will be provided to the

18            parties in the next two weeks.

19         d. The parties request that the Court continue the Status

20            Conference until September 16, 2013, to allow the Bureau of

21            Prisons sufficient time to complete the competency

22            evaluation of the defendant and allow the parties

23            sufficient time to review the competency report before the

24            next appearance.

25         e. Based on the above-stated findings, the ends of justice

26            served by continuing the case as requested outweigh the

27            interest of the public and the defendant in a trial within

28            the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, within which trial must commence, the time period of August 19, 2013, to September 16, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. Further, this time period is also excludable pursuant to 18 U.S.C. § 3161(h)(1)(A) [Local Code A] and 18 U.S.C. § 3161(h)(4) [Local Code N].

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**


DATED: August 16, 2013          /s/ Justin L. Lee
                                JUSTIN L. LEE
                                Assistant U.S. Attorney

Dated: August 16, 2013           /s/ Dina L. Santos
                                DINA L. SANTOS
                                Attorney for Defendant


**ORDER**

    IT IS SO FOUND AND ORDERED.

Dated:  August 16, 2013

                                WILLIAM B. SHUBB
                                UNITED STATES DISTRICT JUDGE