```
1  DINA L. SANTOS, Bar #204200
   A Professional Law Corporation
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160

4

5  Attorney for Defendant
   FRANCISCO ARELLANO-RODRIGUEZ
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,      ) No. CRS 10-0390 WBS
                                  )
13              Plaintiff,        )
                                  ) STIPULATION AND ORDER VACATING
14    v.                          ) DATE, CONTINUING CASE, AND
                                  ) EXCLUDING TIME
15 FRANCISCO ARELLANO-RODRIGUEZ   )
                Defendant.        )
16                                ) Date:  Oct. 28, 2012
   _____) Time:  9:30 a.m.
17                                ) Judge: Hon. Shubb
```

18

19     **IT IS HEREBY STIPULATED** by and between Assistant United States
20 Attorney Justin Lee, Counsel for Plaintiff, and Attorney Dina L.
21 Santos, Counsel for Defendant FRANCISCO ARELLANO-RODRIGUEZ, that the
22 status conference scheduled for October 15, 2013, be vacated and the
23 matter be continued to this Court's criminal calendar on October 28,
24 2013, at 9:30 a.m., for further status and possible change of plea.
25     This continuance is requested by the defense in order to finalize
26 some changes to the plea agreement and to meet with the client with a
27 certified Spanish interpreter to have the plea agreement read to the
28 client in his own language.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the October 28, 2013 date, and that Mr. Lee has authorized Ms. Santos to sign this stipulation on his behalf.

**IT IS SO STIPULATED.**

Dated: Oct. 11, 2013          /s/ Dina L. Santos
                              DINA L. SANTOS
                              Attorney for Defendant
                              FRANCISCO ARRELLANO-RODRIGUEZ

Dated: Oct. 1, 2013           /s/ Nirav Desai for
                              JUSTIN LEE
                              Assistant United States Attorney
                              Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: October 15, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE