BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:10-CR-00390-WBS |
| Plaintiff, | ) STIPULATION AND ORDER VACATING |
| | ) DATE, CONTINUING CASE, AND |
| v. | ) EXCLUDING TIME |
| FRANCISCO ARELLANO-RODRIGUEZ, | ) |
| | ) Judge: Hon. William B. Shubb |
| Defendant. | ) Date: October 28, 2013 |
| | ) Time: 9:30 a.m. |

**STIPULATION**

The United States, by and through its undersigned counsel, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous Order, this matter was set for a Status Hearing on October 28, 2013.
2. By this Stipulation, the parties now move to continue the Status Hearing until November 18, 2013, at 9:30 a.m. and to exclude time between October 28, 2013, and November 18, 2013, under Local Code T4.

///

Stipulation to Continue         1         United States v. Arellano-Rodriguez

3. The parties and agree and stipulate, and request that the Court find the following:
    a. The United States has provided discovery to the defendant.
    b. Counsel for the defendant needs additional time to review discovery, meet with the defendant, and discuss potential resolution and sentencing mitigation with the United States.
    c. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.
    d. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, within which trial must commence, the time period of October 28, 2013, to November 18, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**


DATED: October 24, 2013      /s/ Justin L. Lee
                             JUSTIN L. LEE
                             Assistant U.S. Attorney

Dated: October 24, 2013      /s/ Dina L. Santos
                             DINA L. SANTOS
                             Attorney for Defendant

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  October 24, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE